DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
REX D. GARNER, ESQ.
Nevada Bar No. 9401
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: rex.garner@akerman.com

*Attorney for Defendant, Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DEJENE T. WORDOFA,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A. and EXPERIAN INFORMATION SOLUTIONS, INC.;<br><br>Defendants. | Case No.: 2:18-cv-01250-JCM-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANT BANK OF AMERICA, N.A.'S TIME TO RESPOND TO PLAINTIFFS' COMPLAINT**<br><br>(FIRST REQUEST) |

It is hereby stipulated and agreed by and between Plaintiff Dejene T. Wordofa ("Plaintiff"), through her attorneys Erik-Anthony W. Fox and Jamie S. Cogburn and Defendant Bank of America, N.A. (BANA), through its attorney, Rex D. Garner with the law firm of Akerman LLP, as follows:

On July 9, 2018, Plaintiff filed her Complaint in this Court [ECF No. 1]. BANA was served on or about July 12, 2018. BANA is currently gathering information in order to properly respond to Plaintiff's Complaint. In the interest of conserving client and judicial resources, BANA has requested until August 31, 2018 in which to file its responsive pleading. Plaintiff is not opposed.

This is BANA's first request for an extension of time to respond to Plaintiffs' Complaint and this stipulation is not intended to cause any delay or prejudice to any party.

DATED August 16, 2018.

**AKERMAN LLP**

 */s/ Rex D. Garner*
DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
REX D. GARNER, ESQ.
Nevada Bar No. 9401
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorney for Defendant, Bank of America, N.A.*

**COGBURN LAW OFFICES**

 */s. Erik W. Fox*
Erik-Anthony W. Fox, Esq.
Nevada Bar No. 8804
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
Cogburn Law Offices
2580 St. Rose Parkway, Suite 330
Henderson, NV 89074
702-748-7777
Fax: 702-996-3880
Email:efox@cogburnlaw.com
Email: jsc@cogburnlaw.com

## ORDER

IT IS ORDERED THAT Bank of America, N.A. shall have until August 31, 2018 to respond to Plaintiff's Complaint. **NO FURTHER EXTENSIONS WILL BE GRANTED.**

_____
UNITED STATES MAGISTRATE JUDGE

August 17, 2018
_____
DATED