# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DEJENE T. WORDOFA,

    Plaintiff(s),

v.

EXPERIAN INFORMATION SOLUTIONS, INC., et al.,

    Defendant(s).

Case No.: 2:18-cv-01250-JCM-NJK

**Order**

[Docket No. 16]

Pending before the Court is Plaintiff's motion to amend the complaint, filed on September 28, 2018. Docket No. 16. To date, no response has been filed. Accordingly, the Court **GRANTS** the motion as unopposed. *See* Local Rule 7-2(d).[1] Within seven days of the issuance of this order, Plaintiff shall file and serve the amended complaint. *See* Local Rule 15-1(b).

IT IS SO ORDERED.

Dated: October 22, 2018

                                                Nancy J. Koppe
                                                United States Magistrate Judge

---

[1] It is within a magistrate judge's authority to grant leave to amend the complaint. *Vandehey v. Real Soc. Dynamics, Inc.*, 2017 WL 4411042, at *1 n.4 (D. Nev. Oct. 4, 2017) (citing *U.S. Dominator, Inc. v. Factory Ship Robert E. Resoff*, 768 F.2d 1099, 1102 n.1 (9th Cir. 1985) and *Morgal v. Maricopa Cnty. Bd. of Sup'rs.*, 284 F.R.D. 452, 458 (D. Ariz. 2012)).

1